THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leon Charles Harper,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-043
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Appellate Defender Joseph L. Savitz, III, of 
 Columbia, for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for respondent.
 
 
 

 PER CURIAM:  Leon Charles Harper 
 was convicted of murder and assault with intent to kill.  Harper was sentenced 
 to life imprisonment for murder and ten years imprisonment for assault with 
 intent to kill, with the sentences to run concurrently.  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Harpers counsel attached a petition 
 to be relieved.  Harper did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Harpers appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.